UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT McGUIRE | CIVIL ACTION |
| VERSUS | NO. 09-6755 |
| LAFOURCHE PARISH WORK-RELEASE FACILITY, ET AL. | SECTION: "C"(3) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's § 1983 claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's ADA claims against the Lafourche Parish Work-Release Facility and against Sheriff Craig Webre, Captain Milfred Zeringue, Lieutenant Leclair, and Secretary James LeBlanc in their individual capacities are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 4th day of December, 2009.

UNITED STATES DISTRICT JUDGE