UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT McGUIRE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-6755** |
| **LAFOURCHE PARISH WORK-RELEASE FACILITY, ET AL.** | **SECTION: "C"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's ADA claims against the Louisiana Department of Public Safety and Corrections, plaintiff's ADA claims against Secretary James LeBlanc, Sheriff Craig Webre, Captain Milfred Zeringue, and Lieutenant Leclair in their official capacities, and plaintiff's state law claims are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28 day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE